GO11-28/ RC   / 117

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Alex K Bryant                                    CASE NO:   4:07-bk-11513 M
                                                                     Chapter 13

CHAPTER 13 ORDER OF DISMISSAL
FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on 7/20/2010 as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on 08/20/2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: 08/23/2010                                          /s/ James G. Mixon
                                                          James G. Mixon
                                                          U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Clarence W. Cash
      424 W 4Th Street Ste B
      N Little Rock, AR  72114

      Alex K Bryant
      6607 Silver Court
      Little Rock, AR  72209